

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable Homer Garrison, Jr.
Director
Department of Public Safety
Austin, Texas

Dear Sir:

Opinion No. O-2934
Re: Authority of Limitation of
Payments Board to authorize
use of surplus in operators
and chauffeurs license fund
by various divisions of De-
partment of Public Safety.

In your letter of November 26, 1940, you ask the
opinion of this department upon the question of whether the
Limitation of Payments Board as set up by Senate Bill 427,
Acts of the 46th Legislature, may, upon proper application,
authorize the use of a part of the operators and chauffeurs
license fund, for the operation of the various sections of
the Department of Public Safety.

This identical question was submitted to us and
answered, in the sixth question discussed in our opinion
No. O-1465, addressed to you under date of October 9, 1939.
A copy of this opinion is enclosed herewith, for your in-
formation.

In such opinion we held follows:

"In answer to your sixth question, you are
advised that the balance which may appear in the
Operators' and Chauffeurs' License Fund, under
the povisions of Senate Bill 427, is not subject
to expenditure by the Department of Public Safety
upon request to and approval of the Limitation
of Payments Board, for the reason that such ex-
cess is not the character of special fund avail-
able for the use of the Department of Public
Safety generally, by and with the approval of
the Limitation of Payments Board , but the rider

quoted above from Senate Bill 427 requires that such excess or surplus in the fund be devoted to a particular use by the Comptroller, that is, the excess at the end of the fiscal biennium in this special fund is to be paid into the General Fund for the purpose of reimbursing that fund for the items of salaries and other expenses appropriated to the Department of Public Safety out of the General Fund for the fiscal biennium ending August 31, 1941."

Yours very truly

ATTORNEY GENERAL OF TEXAS

By                    /s/
             R. W. Fairchild
                    Assistant

RWF:GO

APPROVED DEC 11, 1940

/s/ Grover Sellers
FIRST ASSISTANT
ATTORNEY GENERAL

Approved
Opinion Committee
By B.W.B., Chairman